IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDOLPH PAUL RIZO,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br><br>　　　　Defendant. | **4:18CV3105**<br><br>**ORDER** |

IT IS ORDERED that the motion to permit Nelly F. Greenberg to withdraw from this case as counsel for Defendant Union Pacific Railroad Company, (Filing No. 18), is granted.

Dated this 7th day of June, 2019.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge