IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| RUDOLPH PAUL RIZO, <br><br> Plaintiff, <br><br> vs. <br><br> UNION PACIFIC RAILROAD COMPANY, <br><br> Defendant. | 4:18CV3105 <br><br> **ORDER** |

Pursuant to the notice of dismissal with prejudice, [Filing No. 23](), this case is dismissed with prejudice, each party to bear its own costs associated with this action.

Dated this 27th day of September, 2019.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge